No. 67284.—Lion Sales & Mfg. Co. v. United States. protest 62/1117 (Los Angeles).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of brass aerators similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiff was sustained.

No. 67285.—Castelazo & Associates and The Ballsum Co. v. United States, protest 58/25576 (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of ball head wood screws similar in all material respects to those the subject of Abstract 66261, the claim of the plaintiffs was sustained.

No. 67286.—Stor-All Corp. and Arthur J. Fritz & Co. v. United States, protest 61/20668 (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiffs was sustained.